**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Star Prominent International Inc, <br><br> Plaintiff, <br><br> v. <br><br> OMER ERKAL and individuals and entities operating OMER ERKAL <br><br> Defendant. | Case No. 26-cv-7049 <br><br> **COMPLAINT** |

## COMPLAINT

1.      Plaintiff Star Prominent International Inc ("Plaintiff") hereby brings the present action against OMER ERKAL and individuals and entities operating OMER ERKAL ("Defendant"). Plaintiff files this action against Defendant for the alleged infringement upon Plaintiff's trademark "BTWUSD" with Reg. No. 7,421,499 ("Asserted Trademark") by having manufactured, importing, offering for sale, and selling products that used the Asserted Trademark ("Counterfeiting Products") through online commerce platform. In support of its claims, Plaintiff alleges as follows:

### I.      JURISDICTION AND VENUE

2.      This Court has original subject matter jurisdiction over the claims in this action pursuant to the provisions of the Lanham Act, 15 U.S.C. § 1051, *et seq.*, 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a)-(b).

3.      Venue is proper in this Court pursuant to 28 U.S.C. §1391, and this Court may properly exercise personal jurisdiction over Defendant. Specifically, Defendant has targeted sales

1

to Illinois residents by setting up and operating e-commerce store on online platform. Defendant has sold Counterfeiting Products to residents of Illinois and has wrongfully caused Plaintiff substantial injury in the State of Illinois. *See* Exhibit 2.

## II.    THE PARTIES

4.      Plaintiff Star Prominent International Inc is a company registered in New York with address 228 Park Ave S # 78258, New York, NY, 10003.

5.      Plaintiff has purchased the trademark "BTWUSD" with Reg. No. 7,421,499 from Chen Zhifeng, the original owner of the trademark. The certificate of the trademark is attached as Exhibit 1.

6.      Plaintiff and the original owner have analyzed the market in the United States and found Defendant was selling the Counterfeiting Products with Asserted Trademark.

7.      OMER ERKAL is an online store on Amazon, operated by certain individuals and entities located in China as shown in Exhibit 2.

8.      Defendant was promoting, advertising, marketing, distributing, offering for sale, and selling Counterfeiting Products with the Asserted Trademark. *See* Exhibit 2.

9.      Plaintiff is forced to file this action to combat Defendant's counterfeiting of its registered trademark, as well as to protect unknowing consumers from purchasing Counterfeiting Products over the Internet.

## COUNT I

### Trademark Infringement and Counterfeiting 15 U.S.C. § 1114

10.      Plaintiff hereby re-alleges and incorporates by reference the allegations set forth in the preceding paragraphs.

11.     This is a trademark infringement action against Defendant based on the Counterfeiting use in commerce of counterfeit imitations of the federally registered Asserted Trademark in connection with the sale, offering for sale, distribution, and/or advertising of Counterfeiting Product goods.

12.     Defendant has sold, offered to sell, marketed, distributed, and advertised, and are still selling, offering to sell, marketing, distributing, and advertising products using counterfeit reproductions of the Asserted Trademark without permission from Plaintiff.

13.     Plaintiff is the exclusive owner of the Asserted Trademark. Plaintiff's United States Registrations for the Asserted Trademark is in full force and effect. Defendant's willful, intentional, and Counterfeiting use of the Asserted Trademark is likely to cause and is causing confusion, mistake, and deception as to the origin and quality of the Counterfeiting Products among the general public.

14.     Defendants' activities constitute willful trademark infringement and counterfeiting under Section 32 of the Lanham Act, 15 U.S.C. § 1114. The injuries and damages sustained by Plaintiff have been directly and proximately caused by Defendants' wrongful reproduction, use, advertisement, promotion, offering to sell, and sale of Counterfeiting Products.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

(1) That Defendant, its affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with it be temporarily, preliminarily, and permanently enjoined and restrained from:

a. making, using, offering for sale, selling, and/or importing into the United States for

subsequent sale or use any products not expressly authorized by Plaintiff and that use the Asserted Trademark;

b. aiding, abetting, contributing to, or otherwise assisting anyone in infringing upon the Asserted Trademark; and

c. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in Subparagraphs (a) and (b).

(2) Entry of an Order that, upon Plaintiff's request, those with notice of the injunction, including any online marketplace platforms (the "Third Party Providers") shall disable and cease displaying any advertisements used by or associated with Defendant in connection with the sale of goods that infringe the Asserted Trademark;

(3) That Defendants account for and pay to Plaintiff all profits realized by Defendants by reason of Defendants' unlawful acts herein alleged, and that the amount of damages for infringement of the Asserted Trademark be increased by a sum not exceeding three times the amount thereof as provided by 15 U.S.C. § 1117;

(4) In the alternative, that Plaintiff be awarded statutory damages for willful trademark counterfeiting pursuant to 15 U.S.C. § 1117(c)(2) of $1,000,000 for each and every use of the Asserted Trademark;

(5) Plaintiff is further entitled to recover its attorneys' fees and full costs for bringing this action pursuant to 17 U.S.C. § 505 and 15 U.S.C. § 1117(a); and

(5) Award any and all other relief that this Court deems just and proper.

Dated June 16, 2026.

4

Respectfully submitted
By: /s/ *Yifeng Hao*
Bar No. 63831
Phone: 909-284-1929
2108 N ST STE #8330
Sacramento, CA 95816
Terence.hao@aliothlaw.com
*Attorney for Plaintiff*